UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin Levy | * | No. 2:21-cv-01993 |
| | * | |
| v. | * | Judge Guidry |
| | * | |
| Zurich American Insurance Co, Dynamic Energy International, LLC d/b/a Dynamic Group Holdings, LLC and Emile Dumensnil | * * * | Magistrate Judge Douglas |

**************************************

### PLAINTIFF'S MOTION TO REMAND

Plaintiff, Calvin Levy, respectfully moves to remand this case to state court as the diversity requirements of 28 USC § 1332 are not met and for the reasons more fully set forth in Plaintiff's Memorandum in Support of Motion to Remand.

Accordingly, this Honorable Court should remand this case back to state court because it lacks subject matter jurisdiction over this matter.

*[Signature Block on the Following Page]*

Respectfully submitted:

    */s/ Justin A. Reese*
Justin Reese, La Bar #33635
jreese@kinginjuryfirm.com
Brian King, La. Bar #24817
bking@kinginjuryfirm.com
Jason F. Giles, La. Bar #29211
jgiles@kinginjuryfirm.com
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone: 504-909-5464
Facsimile: 800-901-6470
***Counsel for Plaintiff Calvin Levy***