UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin Levy | * | No. 2:21-cv-01993 |
| | * | |
| v. | * | Judge Guidry |
| | * | |
| Zurich American Insurance Company, et al | * | Magistrate Judge Douglas |

### Notice to District Court of Filing of Petition For Rehearing

Plaintiff gives notice to this Court, that he has filed a petition for panel rehearing, attached, with the Fifth Circuit in connection with its opinion issued today.

The opinion of the Fifth Circuit agrees that the case should be remanded to state court. However, a typographical error in the Fifth Circuit's directive that seems to suggest this case should be dismissed, rather than remanded to state court as prayed for and as required by 28 USC § 1447(c).

We submit this notice to this Court, in order to notify Your Honor of the pending rehearing petition, and to request that this Court defer taking action on the Fifth Circuit's opinion today, until the petition for rehearing is disposed of by the Fifth Circuit.

Respectfully submitted:

_____
BRIAN KING, #24817
JASON F. GILES, #29211
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: bking@kinginjuryfirm.com