UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin Levy | * | No. 2:21-cv-01993 |
| | * | |
| v. | * | Judge Guidry |
| | * | |
| Zurich American Insurance Company, et al | * | Magistrate Judge Douglas |

**Notice to District Court of Disposition of Petition For Rehearing**

Plaintiff gives notice to this Court, that the Fifth Circuit ruled on the petition for rehearing today in the attached opinion.

Respectfully submitted:

_____
BRIAN KING, #24817
JASON F. GILES, #29211
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: bking@kinginjuryfirm.com

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 27, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30622   In re: Calvin Levy
                      USDC No. 2:21-CV-1993

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

Mr. Elton F. Duncan III
Mr. Brian Lee King
Ms. Carol L. Michel

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-30622
_____

IN RE CALVIN LEVY,

*Petitioner.*

_____

Petition for a Writ of Mandamus to
the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-1993

_____

ON PETITION FOR REHEARING

Before KING, JONES, and SMITH, *Circuit Judges.*

PER CURIAM:

    The petition for rehearing and motion to correct the opinion are DENIED. The district court will understand that it is to dismiss the federal action for want of jurisdiction and remand to state court.