UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN LEVY | CIVIL ACTION |
| VERSUS | NO: 21-01993 |
| ZURICH AMERICAN INSURANCE COMPANY, et al. | SECTION: T (3) |

## ORDER

In accordance with the decision and reasoning of the Court of Appeals in its rulings denying Plaintiff's petition for writ of mandamus (R. Doc. 56) and his petition for rehearing (*see* R. Doc. 58), the Court has reviewed this case and its prior Order denying Plaintiff's Motion to Remand. Consequently, the Court will dismiss the federal case for want of jurisdiction and remand the case to state court. Accordingly,

**IT IS ORDERED** that the Order denying the Motion to Remand (R. Doc. 47) is VACATED.

**IT IS FURTHER ORDERED** that the Motion to Remand (R. Doc. 4) is GRANTED, and this matter is remanded to Civil District Court, Parish of Orleans, for further proceedings. Each party shall bear their own costs.

New Orleans, Louisiana, this 28th day of October 2022.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE