# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

CAROL L. MICHEL                                  500 POYDRAS ST. ROOM C-151

CLERK                                                                                             NEW ORLEANS, LA 70130

October 28, 2022

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

                                         RE:   Calvin Levy
                                                                        v.
                                         Zurich American Insurance Company, et al
                                         Civil Action No. 21-1993
                                         Your No. 21-1000

Dear Sir:

       I am enclosing herewith a certified copy of an order entered by this court on 10/28/2022 remanding the above-entitled case to your court.

                                                                       Very truly yours,

                                                                       CAROL L. MICHEL, CLERK

                                                                       By: _/s/ Paige Payton_
                                                                              Deputy Clerk

Enclosure

Clerk
Orleans Parish Civil District Court
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198